IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00325-HZ |
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| v. | |
| VINCENT JUDES DOLLIOLE, | |
| Defendant. | |

HERNANDEZ, M., Chief Judge, United States District Court:

This matter is before the Court upon Defendant's filing of a Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (for compassionate release), and upon the government's response consenting to said motion for reduction. Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by four years of supervised release. The court imposes the same special conditions of supervised release as ordered in the original Judgment. ECF 25.

Execution of this order will be delayed for ten days following entry of the amended judgment and commitment order to allow for Mr. Dolliole to be transferred to the custody of the state of Oregon.

The Court concludes that the defendant's release pursuant to this order is consistent with any currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released and transferred to the custody of the state of Oregon no sooner than ten days after entry of the amended judgment and commitment order.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this **23** day of **Sept.**, 2021.

_____
Hon. Marco A. Hernández
Chief Judge, United States District Court

Submitted by:

*s/ Ryan Costello*
Ryan Costello
Assistant Federal Public Defender

*s/ Amy Potter*
Amy Potter
Assistant U.S. Attorney